CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Jose Eduardo Fernandez-Zavala<br>YOB: 1983; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-07351MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about May 11, 2020, at or near Topawa, in the District of Arizona, **Jose Eduardo Fernandez-Zavala**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through San Ysidro, California on August 26, 2015, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Jose Eduardo Fernandez-Zavala** is a citizen of Mexico. On August 26, 2015, **Jose Eduardo Fernandez-Zavala** was lawfully denied admission, excluded, deported and removed from the United States through San Ysidro, California. On May 11, 2020, agents found **Jose Eduardo Fernandez-Zavala** in the United States at or near Topawa, Arizona, without the proper immigration documents. **Jose Eduardo Fernandez-Zavala** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>LMG2/JJO<br>AUTHORIZED AUSA /s/Liza Granoff | SIGNATURE OF COMPLAINANT (official title)<br>JOHN J O CONNOR III  Digitally signed by JOHN J O CONNOR III<br>Date: 2020.05.12 10:32:17 -07'00'<br>OFFICIAL TITLE<br>John J. O'Connor<br>Border Patrol Agent |
|---|---|
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>Jacqueline M. Rateau | DATE<br>May 12, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54