|   |   |
|---|---|
| ___ FILED ___ LODGED | |
| ___ RECEIVED ___ COPY | |
| AUG - 3 2020 | |
| CLERK U S DISTRICT COURT DISTRICT OF ARIZONA | |
| BY_____ DEPUTY | |

1  MICHAEL BAILEY
   United States Attorney
2  District of Arizona
   MICAH SCHMIT
3  Assistant United States Attorney
   State Bar No.: 014887
4  United States Courthouse
   405 W. Congress Street, Suite 4800
5  Tucson, Arizona 85701
   Telephone: 520.620.7300
6  Email: gerard.schmit@usdoj.gov
   Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

vs.

Jose Eduardo Fernandez-Zavala,
aka Eduardo Fernandez-Savala,
aka Eduardo Fernandez,

    Defendant.

20-1219-RM(DTF)

20-MJ-07351-N/A-(DTF)

**I N F O R M A T I O N**

Violation: 8 U.S.C. § 1326(a)(enhanced by
8 U.S.C. § 1326(b)(1))

(Illegal Re-Entry After Deportation)

(Felony)

THE UNITED STATES ATTORNEY CHARGES:

On or about May 11, 2020, in the District of Arizona, to wit: at or near Topawa, Jose Eduardo Fernandez-Zavala, aka Eduardo Fernandez-Savala, aka Eduardo Fernandez, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near San Ysidro, California, on or about August 26, 2015, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission

///

1 | thereto; in violation of Title 8, United States Code, Section 1326(a), enhanced by Title 8,
2 | United States Code, Section 1326(b)(1).

4 |     Dated this _____ day of _____, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

GERARD SCHMIT  Digitally signed by GERARD SCHMIT
Date: 2020.07.07 09:48:39 -07'00'

MICAH SCHMIT
Assistant U.S. Attorney